13,702-08,09

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

Mckinlev Dale Thomas
TDCJ-ID# 1484717
Allan B. Polunskv Unit
3872 FM 350 South
Livingston. Texas 77351

June 15Th.2015


RE: **EX PARTE THOMAS. HABEAS CORPUS NO. WR-13-702-09:**

**IN RE THOMAS. MANDAMUS WRIT NO. WR-13-702-08.**

IN RE: **REQUEST TRANSFRE OF PLEADINGS FROM WRIT NO. WR-13-702-08**
**TO WRIT NO. WR-13-702-09.**


Abel Acosta. Clerk
Texas Court Of Criminal Appeals
P.O. BOX 12308. Capitol Station
Austin. Texas 78711


DEAR CLERK:

Please be advised that vour acknowledgement of receint of this
instant letter reauesting transfer of certain pleadings from one
pleading writ number to another is hereby cordially reauested.

My legal records reflects that my habeas corpus application and
related documents and records were transmitted to The Texas Court
Of criminal Appeals bvbhe Harris Countv District Clerk's Office
[Dated: **February 5Th,2015**]. cause number **1063389-A**.

Previously before my habeas corpus application was forwarded to
your Clerk's Office I had been **inadvertently** using my **Mandamus
Writ # WR-13-702-08**, assigned me from The Texas Court Of Criminal
Appeals as I hadn't been issued anv **habeas corpus** writ number at
the specific time of submitting my pleadings to The Texas Court
Of Criminal Appeals as I've filed numerous written objections
under **writ # WR-13-702-08**, instead of filing mv objections under
**writ # WR-13-702-09**.

Transfer The Following Pleadings:

> PRO SE FINDINGS OF FACTS AND CONCLUSION OF LAW/
> WITH REQUESTS FOR SANCTIONS[FILED: AUGUST 19,2013
> UNDER WRIT # WR-13-702-08- TO- WRIT # WR-13-702-09];


> APPLICANT'S WRITTEN OBJECTIONS TO EVIDENTIARY COURT
> FINDINGS OF FACTS AND CONCLUSION OF LAW UNSUPPORTED
> BY THE RECORDS? REQUEST FOR REMAND.[DATED: MARCK 3,2015].

-1-

The transfer of these pleadings are crucial to my habeas corpus success.

Therefore. I hope my request will prove of some assistance in your clerk's office assisting me in this matter and here's thanking you in advance.

Sincerely,

McKinley Dale Thomas

MDT/mdt
CC:FILES
ENCLOSURE: REQUEST FOR TRANSFER.